## DE VON MFG. CO. v. WELLS FARGO & CO. EXPRESS *et al.*

No. 5747. Opinion Filed September 21, 1915.

(151 Pac. 1038.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Where plaintiff in error files no brief, and assigns no reason for failure to do so, the appeal will be considered as abandoned, and under rule 7 of this court (38 Okla. vi, 137 Pac. ix), dismissed.

(Syllabus by Brett, C.)

*Error from County Court, Garvin County;*
*W. R. Wallace, Judge.*

Action by the De Von Manufacturing Company, a corporation, against Wells Fargo & Co. Express and

others.    Judgment for defendants, and plaintiff brings error.    Dismissed.

*R. E. Bowling,* for plaintiff in error.

Opinion by BRETT, C.    This is an appeal from the county court of Garvin county, in an action in which the De Von Manufacturing Company was plaintiff and Wells Fargo & Co. Express and Barker & Patton were defendants, which resulted in a judgment for the defendants.    The appeal was filed in this court July 17, 1913, and the cause was on September 13, 1915, submitted on the record.

Plaintiff in error has filed no brief, and assigned no reason for not filing brief, and the appeal will be considered as abandoned by the plaintiff in error, and appeal should be dismissed.

By the Court:    It is so ordered.